UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAU COUNTRY INSURANCE COMPANY,

    Plaintiff,

v.

FRANK M. WOOD and ALT'S DAIRY FARM, LLC,

    Defendants.

_____/

Case No. 1:23-cv-127

HON. JANET T. NEFF

## CASE MANAGEMENT ORDER

This Case Management Order is issued without the usual in-chambers conference. Accordingly: **IT IS HEREBY ORDERED:**

| | | |
|---|---|---|
| Administrative Record Due: | | JUNE 15, 2023 |
| Motions to Join Parties or Amend Pleadings | | N/A |
| Rule 26(a)(1) Disclosures | | N/A |
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | Plaintiff:<br>Defendant: | N/A |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | | N/A |
| Completion of Discovery | | N/A |
| Pre-motion Conference Requests | | N/A |
| Interrogatories will be limited to: (Single Part Questions) | | N/A |
| Depositions will be limited to: (Fact Witnesses Per Side) | | N/A |
| Requests for Admission will be limited to: (Per Side) | | N/A |
| Requests for Document Production will be limited to: (Per Side) | | N/A |
| ADR To Take Place On Or Before: | | N/A |

MOTIONS:

Dispositive motions shall be filed in accordance with the following dates: Plaintiff's Motion for Summary Judgment and Brief in support shall be filed by July 31, 2023. Defendants' Response Brief in Opposition to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary

Judgment and Brief in Support shall be due September 14, 2023.  Plaintiff's Reply Brief in Support of Plaintiff's Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment shall be due October 5, 2023.  Defendants' Reply Brief in support of Defendants' Motion for Summary Judgment shall be due October 26, 2023.  Dispositive motions must adhere to W.D. Mich. LCivR 7.2.  The parties are further directed to this Court's Information and Guideline Practice for Civil Cases.[1]

**IT IS SO ORDERED.**

Dated: May 11, 2023

/s/ Janet T. Neff
JANET T. NEFF
UNITED STATES DISTRICT JUDGE

---

[1] A copy of Judge Neff's Information and Guidelines is available on the Court's website (www.miwd.uscourts.gov).