UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAU COUNTRY INSURANCE
COMPANY,

    Plaintiff,

v.

FRANK M. WOOD, as the Director
of the National Appeals Division,
and ALT'S DAIRY FARM, LLC,

    Defendants.
_____/

Case No. 1:23-cv-00127

Hon. Janet T. Neff
U.S. District Court Judge

Hon. Ray Kent
U.S. Magistrate Judge

## **DECLARATION OF BRENDA V. SEEGARS**

I, Brenda V. Seegars, make the following declaration:

1. I am employed by the United States Department of Agriculture, National Appeals Division, Office of Hearings and Appeals, as a Legal Affairs Officer. I have held the position for approximately thirteen (13) years. In my current capacity, I compiled the subject Administrative Record.

2. To the best of my knowledge, the attached index and documents referenced therein constitute the true and accurate Administrative Record, appropriate to the allegations of the Complaint filed in the above-captioned matter.

3. Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and I would so testify if called upon to do so in a Court of law.

Dated this 13th day of June, 2023.

BRENDA V. SEEGARS
Legal Affairs Officer
USDA National Appeals Division
Office of Hearings and Appeals



# United States of America

U.S. DEPARTMENT OF AGRICULTURE (USDA)

NATIONAL APPEALS DIVISION (NAD)

OFFICE OF HEARINGS AND APPEALS (OHA)

ALEXANDRIA, VIRGINIA

## ADMINISTRATIVE CASE RECORD FOR NAD Case No. 2022E000108

### In the Matter of Alt's Dairy Farms, LLC; D/B/A Alt's Dairy v. Risk Management Agency

*[Paginated by consecutive six-digit numbers in the center of the page]*

**BATES NUMBERING PAGE(S)**

| | |
|---|---|
| 000001 | Record cover |

**Adverse Decision, Appeal Request, Notices**

| | |
|---|---|
| 000002-000011 | Adverse Decision (February 18, 2022) |
| 000012-000013 | Authorization for Representation/Release of Information and Declaration of Entry of Appearance by John D. Tallman, for Alt's Dairy Farms, LLC. (March 10, 2022) |
| 000014-000026 | Alt's Request for Appeal Hearing (March 11, 2022) |
| 000027-000029 | eFile Request Appeal Request (March 14, 2022) |
| 000030-000038 | Notice of Appeal and Request for Agency Record (March 14, 2022) |
| 000039-000040 | Letter from Sandra L. Jensen, Deputy Regional Director, to NAU Country Insurance Company, re Interested Party (March 15, 2022) |
| 000041-000043 | Notice of Prehearing Conference (March 17, 2022) |
| 000044-000045 | Email from SM.OHA.ERO. Notices, to John Tallman, Brian Frieden, Josh Engelking, and James Holden, re Remove improper email and add correct email (March 14, 2022) |

1

Alt's Dairy Farms, LLC D/B/A Alt's Dairy – 2022E000108 v. Risk Management Agency

| | |
|---|---|
| 000046 | Letter from John Tallman, to Honorable James R. Holden, Administrative Judge, re Witness will be those referenced in the Arbitration Award of March 2, 2022 (March 30, 2022) |
| 000047-000051 | Prehearing Conference Report (April 13, 2022) |
| 000051A | Audio of Prehearing Conference (April 12, 2022) |
| 000052-000054 | Request for Continuation (May 17, 2022) |
| 000055-000059 | Agency Prehearing Brief (May 17, 2022) |
| 000060 | Appellant's Witness List (May 17, 2022) |
| 000061-000080 | Appellant's Exhibit List (May 17, 2022) |
| 000081-000082 | Appellant's Exhibit B (Alt's Dairy Farm's QBE NAU Insurance policy dated February 18, 2015) |
| 000083-000085 | Notice of Rescheduled Hearing (May 25, 2022) |
| 000086 | Memo from James R. Holden, Administrative Judge, to Duane Sinclair, Eastern Regional Director, re Request for Rescheduling Beyond 75 days (March 10, 2023) |
| 000087 | Memo from Duane Sinclair, Eastern Regional Director, to James R. Holden, Administrative Judge, re Authorized Administrative Judge to Reschedule Beyond 75 days (May 25, 2022) |
| 000088-000089 | Hearing Attendance Sheet (June 14, 2022) |
| 000089A-000089B | Audio of Hearing (June 14, 2022) |
| 000090-000092 | Appellant's Post Hearing Brief (June 27, 2022) |
| 000093-000142 | Appellant Post Hearing Brief Exhibit 1 – 7 |
| 000143-000211 | Interested Party Post Hearing Brief (July 14, 2022) |
| 000212-000215 | Agency Post Hearing Brief (July 14, 2022) |
| 0000216 | Appellant Rebuttal Letter (July 15, 2022) |

## Agency Documents

| | |
|---|---|
| 000217- 001439 | Risk Management Agency Record |

## Appeal Determination

| | |
|---|---|
| 001440-001452 | Appeal Determination (August 12, 2022) |

2

Alt's Dairy Farms, LLC D/B/A Alt's Dairy – 2022E000108 v. Risk Management Agency

**Request for Director Review**

| | |
|---|---|
| 001453-001460 | Agency Request for Director Review (September 2, 2022) |
| 001461-001462 | Notice of Request for Director Review (September 6, 2022) |
| 001463-001466 | Appellant's Response to Agency Request for Director Review (September 8, 2022) |
| 001467-001471 | Request for Director Review by Interested Party NAU Country Insurance Company (September 12, 2022) |
| 001472-001481 | Letter and Director Review Determination (October 28, 2022) |
| 001482-001485 | Agency Request for Reconsideration of Director Review (November 7, 2022) |
| 001486-001490 | Memorandum in Support of the Agency's Request for Reconsideration of Director's Review (November 11, 2022) |
| 001491-001496 | Appellant's Response to Agency's Request for Reconsideration of Director Review (November 23, 2022) |
| 001497-001502 | Director's Response to Request for Reconsideration (January 3, 2023) |



I hereby certify that the attached documents, including copies of all filings submitted by the parties, all letters of acknowledgment and filings sent to the parties by the Department of Agriculture ("USDA"), and all Administrative Judge and Director Decisions issued to the parties by the USDA, are true and accurate copies of the documents contained in NAD's case record respecting the above-referenced case. I declare under penalty of perjury that the foregoing is true and correct. The attached documents may contain information that is subject to withholding from disclosure under 5 U.S.C. § 552 and 7 U.S.C. § 8791.

*Brenda V. Seegars*
Brenda V. Seegars, Legal Affairs Officer
National Appeals Division
Office of Hearings and Appeals

Date: June 13, 2023