

**U.S. Department of Justice**

United States Attorney's Office
Western District of Michigan

**FILED - GR**
June 15, 2023 4:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __mkc__ / _____   Scanned: _KB_ 6/16

---

*The Law Building*
*330 Ionia Avenue, NW*
*Suite 501*
*Grand Rapids, Michigan 49503*

*Mailing Address:*
*United States Attorney's Office*
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

*Telephone (616) 456-2404*
*Facsimile (616) 456-2510*

June 15, 2023

**VIA FEDEX**

Steven D. Pattee
TEWKSBURY & KERFELD
88 S. Tenth Street, Suite 300
Minneapolis, MN 55403

John D. Tallman
JOHN D. TALLMAN, PLC
4020 E. Beltline Ave. NE, Suite 101
Grand Rapids, MI 49525

Paul A. Albarrán
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352

**VIA HAND-DELIVERY**
Clerk's Office
U.S. District Court – WDMI
399 Federal Building
110 Michigan Street NW
Grand Rapids, MI 49503

Re: NAU Country Ins. Co. v. Frank M. Wood, as the Director of the National Appeals Division; and Alt's Dairy Farm, LLC
Case No.: 1:23-cv-00127 WDMI SD

Dear Counsel and Clerk's Office:

Enclosed is a wallet drive containing .mp3 audio files, which are part of the Administrative Record. We filed the Administrative Record today. (ECF Nos. 20-37.) The three .mp3 files are found in the record at Bates Nos. 000051A, 000089A, and 000089B.

Sincerely yours,

*/s/ Jennifer Lehan*

JENNIFER LEHAN
Legal Assistant
to AUSA Laura Babinsky

Encl.

