UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAU COUNTRY INSURANCE COMPANY, | Case No. 1:23-cv-00127 |
| Plaintiff, | Hon. Janet T. Neff |
| v. | **CERTIFICATE OF SERVICE** |
| FRANK M. WOOD, as the Director Of the National Appeals Division, and ALT'S DAIRY FARM, LLC, | |
| Defendants. | |

| | |
|---|---|
| Steven D. Pattee (Minnesota Reg. #269918)<br>Tewksbury & Kerfeld<br>Attorneys for Plaintiff<br>88 S. Tenth Street, Suite 300<br>Minneapolis, MN 55403<br>(612) 334-3399<br>spattee@tkz.com<br><br>Paul A. Albarrán (P82031)<br>Varnum LLP<br>Co-Counsel for Plaintiff<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>paalbarran@varnumlaw.com | Laura A. Babinsky<br>Assistant United States Attorney<br>Attorneys for Defendant Frank M. Wood<br>P.O. Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>laura.babinsky@usdoj.gov<br><br>John D. Tallman (P32312)<br>John D. Tallman, PLC<br>Attorneys for Defendant Alt's Dairy Farm, LLC<br>4020 East Beltline Avenue NE, Suite 101<br>Grand Rapids, MI 49525<br>(616) 361-8850<br>jtallmanlaw@gmail.com |

I hereby certify that on July 31, 2023, a true and correct copy of the foregoing **Plaintiff NAU Country Insurance Company's Brief in Support of Motion for Summary Judgment Reversing The Director Review Determination** was served via U.S. Mail and e-mail, and a true and correct copy of the foregoing **Joint Statement of Material Facts** was served via CM/ECF, e-mail and U.S. Mail to the following:

Steven D. Pattee (Minnesota Reg. #269918)
Tewksbury & Kerfeld
88 South Tenth Street, Suite 300
Minneapolis, MN 55403
(612) 334-3399
spattee@tkz.com
*Attorneys For Plaintiff*

Laura A. Babinsky
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
laura.babinsky@usdoj.gov
*Attorneys For Defendant Frank M. Wood*

John D. Tallman (P32312)
John D. Tallman, PLC
4020 East Beltline Avenue NE, Suite 101
Grand Rapids, MI 49525
(616) 361-8850
jtallmanlaw@gmail.com
*Attorneys For Defendant
Alt's Dairy Farm, LLC*

**VARNUM LLP**
Attorneys for Plaintiff

By: */s/*  Paul A. Albarrán
      Paul A. Albarrán (P82031)
      Bridgewater Place, P.O. Box 352
      Grand Rapids, MI 49501-0352
      (616) 336-6000
      paalbarran@varnumlaw.com