UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAU COUNTRY INSURANCE COMPANY, | Case No. 1:23-cv-00127 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Court Judge |
| v. | Hon. Ray Kent<br>U.S. Magistrate Judge |
| FRANK M. WOOD, as the Director of the National Appeals Division, and ALT'S DAIRY FARM, LLC, | |
| Defendants. | |
| _____/ | |

### DEFENDANT FRANK M. WOOD'S UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT ORDER

Defendant Frank M. Wood, Director of the National Appeals Division of the U.S. Department of Agriculture (USDA), in his official capacity and by and through his attorneys, Mark Totten, United States Attorney for the Western District of Michigan, and Laura A. Babinsky, Assistant United States Attorney, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves this Court to extend the remaining deadlines in the Case Management Order (ECF No. 17, PageID.49-50) by forty-five (45) days. The basis for this motion is set forth in the accompanying memorandum.

WHEREFORE, Defendant Frank M. Wood respectfully requests that this Court grant a forty-five (45) day extension for the remaining deadlines in the Case Management Order.

2

                                                Respectfully submitted,

                                                MARK TOTTEN
                                                United States Attorney

Dated: September 11, 2023                */s/ Laura A. Babinsky*
                                                LAURA A. BABINSKY
                                                Assistant United States Attorney
                                                P.O. Box 208
                                                Grand Rapids, MI 49501-0208
                                                (616) 456-2404
                                                Laura.Babinsky@usdoj.gov