UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAU COUNTRY INSURANCE COMPANY, | Case No. 1:23-cv-00127 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Court Judge |
| v. | Hon. Ray Kent<br>U.S. Magistrate Judge |
| FRANK M. WOOD, as the Director of the National Appeals Division, and ALT'S DAIRY FARM, LLC, | |
| Defendants. | |

_____/

## **ORDER**

Upon consideration of Defendant Frank M. Wood's Unopposed Motion to Amend the Case Management Order, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the remaining due dates in the Case Management Order are extended by forty-five (45) days as follows:

1. Defendants' Response Brief in Opposition to Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment and Brief in Support is now due October 30, 2023.

2. Plaintiff's Reply Brief in Support of Plaintiff's Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment is now due November 20, 2023.

3. Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment is now due December 11, 2023.

Dated: _____       _____
                                JANET T. NEFF
                                United States District Judge