UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAU COUNTRY INSURANCE COMPANY, | Case No. 1:23-cv-00127 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Court Judge |
| v. | Hon. Ray Kent<br>U.S. Magistrate Judge |
| FRANK M. WOOD, as the Director of the National Appeals Division, and ALT'S DAIRY FARM, LLC, | |
| Defendants.<br>_____/ | |

## **ORDER**

Upon consideration of Defendant Frank M. Wood's Motion to Stay, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the summary judgment briefing schedule is stayed pending the Court's decision on Defendant Frank M. Wood's anticipated motion to remand.

Dated: _____        _____
                                JANET T. NEFF
                                United States District Judge