UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAU COUNTRY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK M. WOOD, as the Director of the National Appeals Division, and ALT'S DAIRY FARM, LLC,<br><br>    Defendants.<br>_____/ | Case No. 1:23-cv-00127<br><br>Hon. Janet T. Neff<br>U.S. District Court Judge<br><br>Hon. Ray Kent<br>U.S. Magistrate Judge |

## **ORDER**

Upon consideration of Defendant Frank M. Wood's Motion to Stay, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the summary judgment briefing schedule is stayed pending the Court's decision on Defendant Frank M. Wood's anticipated motion to remand.


Dated:  October 27, 2023            /s/ Janet T. Neff
                                    JANET T. NEFF
                                    United States District Judge