UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAU COUNTRY INSURANCE COMPANY,

    Plaintiff,

v.

    Case No. 1:23-cv-127

FRANK M. WOOD, et al.,

    HON. JANET T. NEFF

    Defendants.
_____/

## ORDER

Pending before the Court is Defendant Frank M. Wood's request for a pre-motion conference, proposing to file a motion to remand (ECF No. 46). Plaintiff does not oppose the request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wood shall, no later than November 15, 2023, file the motion to remand.

**IT IS FURTHER ORDERED** that any response in opposition to the motion to remand is due no later than seven (7) days after the motion is filed.

Dated: November 8, 2023

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge